IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BRYAN H. ENGRAM, et al.** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:11-CV-23** |
| | § | |
| **GEORGE D. HUDGINS, et al.** | § | |

## ORDER TO SEVER CLAIMS

The parties recently filed their Joint Notice of Agreed Plaintiff Designations (Doc. No. 195) indicating the Plaintiffs that the parties plan to  Accordingly, the Court ORDERS the following:

1) The claims filed by the following Plaintiffs shall be retained in the above styled and numbered action: Mark Ammons; Rose Ammons; Melissa K. Blacksher; Terry Brackeen; Phil Cornelius; Lea Cornelius; Estate of Alvin Cornelius, Phil Cornelius, executor; Kimberly Cornelius; Jimmie Cranford; Bobbie Joe Cranford; Keith Drewery; Traci Drewery; Drewery Tree Service; Drewery Construction, Inc.; Larry Ellis; Joyce Ellis; Phyllis Floyd; Fore Investments, Ltd.; Luke R. Garrett; Jerry Hand; James D. Johnston; Joe Kiesel; Larilee Kiesel; Kingham Brothers, Ltd.; James A. Kingham; Kingham, Ltd.; Jan W. Kingham; Gerald Mackey; Rhona Mackey; Charles Martin; Dolores Mefford Martin; Bill R. McMorries Irrevocable Trust; Bill R. McMorries Revocable Living Trust; Bill R. McMorries - SEP/IRA; Billie Jean McMorries Family Trust; Bille Jean McMorries Marital Trust; Deborah McMorries Revocable Living Trust; Kim McMorries Irrevocable Life Insurance Trust; Kim McMorries Revocable Living Trust; Kim McMorries - Oil and Gas; Kim McMorries - SEP; Kim and Debbie McMorries - Tax Account; Kim McMorries - QPRT; KEM Enterprises; Susan McMorries Family Trust; Craig Morton; Ora N. Muller; Richard Nelson; Bryan

Robinson; Judy Robinson; Henry A. Spies; Eddie Whitaker; Angela Whitaker; Leonard White, Jr.; and Lana S. White.

2) The claims of the remaining Plaintiffs are hereby SEVERED from the above styled and numbered action. The Clerk of the Court is directed to assign a new docket number to the severed claims and to take such action as is appropriate for the execution of this Order. The filing fee is hereby WAIVED for the new case.

**It is SO ORDERED.**

**SIGNED this 13th day of September, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE