# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ----------------------------------------------------------------X : | | |
| GERALD MACKEY, et al. : | | |
| : | Case No. 6:11-cv-23 | |
| Plaintiffs, : | Judge Michael Schneider | |
| : | | |
| -against- : | | |
| : | | |
| GEORGE D. HUDGINS, et al. : | | |
| : | | |
| Defendants. : | | |
| ----------------------------------------------------------------X | | |

| | | |
|---|---|---|
| ----------------------------------------------------------------X : | | |
| BRYAN H. ENGRAM, et al. : | **SEVERED CASE:** | |
| : | | |
| : | Case No. 6:11-cv-00486 | |
| Plaintiffs, : | Judge Michael Schneider | |
| : | | |
| -against- : | | |
| : | | |
| GEORGE D. HUDGINS, et al. : | | |
| : | | |
| Defendants. : | | |
| ----------------------------------------------------------------X | | |

**JOINT NOTICE OF SETTLEMENT**

Notice is hereby given by each of Plaintiffs in each of the above-styled and numbered cases ("Plaintiffs"), and each of the Defendants Rosenthal Collins Group, LLC ("RCG"), and SLI Trade LLC, SLI Co of Chicago, LLC, and Donald Joseph Sliter (collectively "SLI") that all

matters in controversy between these parties have been resolved, in principle, by Agreement. The parties' Agreement contemplates a resolution of and final disposition of all matters in controversy between all parties in all cases pending before the Court, subject to the preparation and execution of mutually-agreeable settlement and dismissal documents.

Subject to further Order by the Court, the Parties intend to submit the final disposition of the matters in controversy between the above-referenced parties to the Court on or before February 29, 2012 by 5:00 p.m. C.T.

DATED: February 1, 2012

Respectfully submitted,

*/s/ Bryan Forman*

Louis F. Burke
Leslie Wybiral
LOUIS F. BURKE PC
460 Park Avenue, 21st Floor
New York, NY 10022
(212) 682-1700 (t)
(212) 808-4280 (f)
lburke@lfblaw.com
lwybiral@lfblaw.com

FORMAN LAW FIRM, P. C.
Bryan T. Forman
Texas Bar # 07258800
117 E. Houston Street
Tyler, Texas 75702
Tel: 903-597-2221
Fax: 903-597-2224
bryan@formanlawfirm.com

LAW OFFICE OF CHRISTOPHER J. GRAY, P.C.
Christopher J. Gray
460 Park Avenue, 21ST Floor
New York, NY 10022
Tel: 212-838-3221
Fax: 212-508-3695
gray@cjgraylaw.com

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Jeffrey Schulman, with permission by Bryan Forman*
Jeffrey Schulman
WOLIN, KELTER & ROSEN, LTD.
55 W. Monroe Street, Suite 3600
Chicago, Illinois 60603
312.424.0600
312.424.0660 (facsimile)
jschulman@wolinlaw.com

Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
POTTER MINTON, P.C.
110 N. College
500 Plaza Tower
Tyler, Texas 75702
903.597.8311
903.593.0846 (facsimile)
mikejones@potterminton.com
allengardner@potterminton.com

**ATTORNEYS FOR ROSENTHAL COLLINS GROUP, L.L.C.**

*/s/ Howard J. Stein, with permission by Bryan Forman*
Howard J. Stein
70 W. Madison Street, Suite 2100
Chicago, IL 60602
(312) 726-4514 (t)
(312) 558-1209 (f)
hsteinlaw@aol.com

**ATTORNEY FOR SLI TRADE, LLC, SLI CO. OF CHICAGO, LLC AND DONALD JOSEPH SLITER**

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this February___, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by First Class U.S. Mail on this same date.

*/s/ Bryan Forman*