**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

```
-----------------------------------------------------------------X
                                                                 :
GERALD MACKEY, et al.                                            :
                                                                 :   Case No. 6:11-cv-23
                        Plaintiffs,                              :   Judge Michael Schneider
                                                                 :
        -against-                                                :
                                                                 :
GEORGE D. HUDGINS, et al.                                        :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

```
-----------------------------------------------------------------X
                                                                 :
BRYAN H. ENGRAM, et al.                                          :   SEVERED CASE:
                                                                 :
                                                                 :   Case No. 6:11-cv-00486
                        Plaintiffs,                              :   Judge Michael Schneider
                                                                 :
        -against-                                                :
                                                                 :
GEORGE D. HUDGINS, et al.                                        :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

**JOINT MOTION FOR DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE
AND
PLAINTIFFS' UNOPPOSED MOTION FOR DISMISSAL OF CERTAIN CLAIMS WITHOUT PREJUDICE**

Come now each of Plaintiffs that have made appearances through counsel in the above-styled and numbered cases, ("Plaintiffs"), and Defendants Rosenthal Collins Group, LLC

("RCG"), and SLI Trade LLC, SLI Co of Chicago, LLC, and Donald Joseph Sliter (collectively "SLI") and jointly file this motion for dismissal with prejudice of all claims and matters in controversy pending between Plaintiffs and each of RCG and SLI, save and except Plaintiffs are not moving for dismissal with prejudice of any claims against George Hudgins or 3737 Financial.

**Joint Motion for Dismissal With Prejudice Of Claims Against RCG and/or SLI.**

Each of the Plaintiffs, individually and in each and every applicable representative capacity through which an investment was made through George Hudgins or 3737 Financial, and in each and every applicable representative capacity in which any claim was or could have been asserted in the Cases, and each of RCG and SLI hereby jointly move the Court to enter an Order that all causes of action, claims, cross claims, counterclaims and any and all matters in controversy between the Plaintiffs and RCG and/or SLI be dismissed with prejudice, and that each party will bear their own costs.

**Plaintiffs' Unopposed Motion for Dismissal Without Prejudice of Claims Against George Hudgins**

Plaintiffs, individually and in each and every applicable representative capacity through which an investment was made through George Hudgins or 3737 Financial, and in each and every applicable representative capacity in which any claim was or could have been asserted in the Cases, hereby move the Court to enter an Order that all causes of action, claims, cross claims, counterclaims and any and all matters in controversy between the Plaintiffs and George Hudgins and 3737 Financial be dismissed without prejudice.

Defendants RCG and SLI do not oppose Plaintiffs' motion for dismissal of claims without prejudice against George Hudgins and 3737 Financial.

DATED: April 2, 2012

Respectfully submitted,

*/s/ Bryan Forman*

Louis F. Burke
Leslie Wybiral
LOUIS F. BURKE PC
460 Park Avenue, 21st Floor
New York, NY 10022
(212) 682-1700 (t)
(212) 808-4280 (f)
lburke@lfblaw.com
lwybiral@lfblaw.com

FORMAN LAW FIRM, P. C.
Bryan T. Forman
Texas Bar # 07258800
117 E. Houston Street
Tyler, Texas 75702
Tel: 903-597-2221
Fax: 903-597-2224
bryan@formanlawfirm.com

LAW OFFICE OF CHRISTOPHER J. GRAY, P.C.
Christopher J. Gray
460 Park Avenue, 21ST Floor
New York, NY 10022
Tel: 212-838-3221
Fax: 212-508-3695
gray@cjgraylaw.com

**ATTORNEYS FOR PLAINTIFFS**


*/s/ Jeffrey Schulman, with permission by Bryan Forman*
Jeffrey Schulman
WOLIN, KELTER & ROSEN, LTD.
55 W. Monroe Street, Suite 3600
Chicago, Illinois 60603
312.424.0600
312.424.0660 (facsimile)
jschulman@wolinlaw.com

Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
POTTER MINTON, P.C.
110 N. College
500 Plaza Tower
Tyler, Texas 75702
903.597.8311
903.593.0846 (facsimile)
mikejones@potterminton.com
allengardner@potterminton.com

**ATTORNEYS FOR ROSENTHAL COLLINS GROUP, L.L.C.**

*/s/ Howard J. Stein, with permission by*
*Bryan Forman*
Howard J. Stein
70 W. Madison Street, Suite 2100
Chicago, IL 60602
(312) 726-4514 (t)
(312) 558-1209 (f)
hsteinlaw@aol.com

**ATTORNEY FOR SLI TRADE, LLC, SLI CO. OF CHICAGO, LLC AND DONALD JOSEPH SLITER**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiffs and all counsel for Defendants participated in a telephonic meet and confer on April 2, 2012 in an effort to resolve their disputes. The parties agree on and join in this motion as evidenced by their signatures above.

*/s/ Bryan Forman*
Bryan T. Forman, Esq.

## **CERTIFICATE OF SERVICE**

I certify that on April 2, 2012, a true and correct copy of the foregoing instrument was delivered to all counsel of record via the Court's CM/ECF system.

*/s/Bryan Forman*
Bryan T. Forman, Esq.