**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

```
-------------------------------------------------------------X
                                                             :
GERALD MACKEY, et al.                                        :
                                                             :   Case No. 6:11-cv-23
                      Plaintiffs,                            :   Judge Michael Schneider
                                                             :
        -against-                                            :
                                                             :
GEORGE D. HUDGINS, et al.                                    :
                                                             :
                      Defendants.                            :
                                                             :
-------------------------------------------------------------X
_____

-------------------------------------------------------------X
                                                             :
BRYAN H. ENGRAM, et al.                                      :   SEVERED CASE:
                                                             :
                                                             :   Case No. 6:11-cv-00486
                      Plaintiffs,                            :   Judge Michael Schneider
                                                             :
        -against-                                            :
                                                             :
GEORGE D. HUDGINS, et al.                                    :
                                                             :
                      Defendants.                            :
                                                             :
-------------------------------------------------------------X
```

**ORDER OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE
AND
DISMISSAL OF CERTAIN CLAIMS WITHOUT PREJUDICE**

*1*

Before the Court is the Joint Motion for Dismissal of Certain Claims with Prejudice and Plaintiffs' Unopposed Motion for Dismissal of Certain Claims without Prejudice (Doc. No. 204). The Court, having considered the Motions, finds that they have merit and should be GRANTED.

IT IS THEREFORE ORDERED that all causes of action, claims, cross claims, counterclaims and any and all matters in controversy between the Plaintiffs and Defendants Rosenthal Collins Group, LLC ("RCG"), and SLI Trade LLC, SLI Co of Chicago, LLC, and Donald Joseph Sliter (collectively "SLI") are hereby dismissed with prejudice, and that each party will bear their own costs.

IT IS FURTHER ORDERED that all causes of action, claims, cross claims, counterclaims and any and all matters in controversy between the Plaintiffs and George Hudgins and 3737 Financial are hereby dismissed without prejudice.

**It is SO ORDERED.**

**SIGNED this 9th day of April, 2012.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE