## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BRYAN H. ENGRAM, et al. | § |
| | § |
| v. | § Case No. 6:11-cv-486 |
| | § |
| GEORGE D. HUDGINS, ROSETHAL | § |
| COLLINS GROUP, LLC, SLI TRADE | § |
| LLC, SLI CO. OF CHICAGO LLC, | § |
| DONALD JOSEPH SLITER, | § |
| and MARK R. LUPORI | § |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 9th day of April, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE